# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE KATRINA CANAL BREACHES** | **CIVIL ACTION** |
| **CONSOLIDATED LITIGATION** | |
| | **NO. 05-4182** |
| **PERTAINS TO: ST. RITA** | **SECTION "K"(2)** |
| *Berthelot*     **C.A. No. 06-8810** | |

## ORDER AND REASONS

Before the Court are the following motions:

(1)  Motion to Remand filed by plaintiff, Brenda Berthelot (Doc. 1822)[1] and a Motion to Dismiss the United States (Doc. 1823) and

(2)  United States' Motion to Dismiss Third-Party Demands (Doc. 1959).

This case is one among 45 cases filed in state court concerning alleged negligence and nursing home malpractice that occurred at St. Rita's Nursing Home Facility ("St. Rita's") in the flooding that occurred in the wake of Hurricane Katrina. Having reviewed the pleadings, memoranda and the relevant law, and for the reasons assigned in the Order and Reasons entered on May 15, 2007 (Doc. 4642) in *Alan Johnson v. Buffman, Inc., et al.,* C.A. No. 06-7400 which was consolidated under *In re Katrina Canal Breaches Consolidated Litigation*, C. A. No. 05-4182,

**IT IS ORDERED** that the Motion to Remand (Doc. 1822) is **DENIED**.

**IT IS FURTHER ORDERED** that the United States' Motion to Dismiss Third-Party Demands (Doc. 1959) is **GRANTED**.

---

[1] Plaintiff in this motion contends there is insufficient proof that the case was timely removed; however, in the notice of removal it states that the Government was served on October 2, 2006 and the case was removed on October 20, 2006; clearly, this removal is timely. Furthermore, the contention that there is fraudulent joinder involved misapprehends the law. Plaintiffs filed a third-party petition against an entity that it contends has liability which issue is squarely before this Court in the *Robinson* matter. As to whether the Government is immune under the Flood Control Act, 33 U.S.C. § 702(c), the Court will not address this issue in this context. All of these contentions ignore the procedural fact that the Government properly removed this matter pursuant to 28 U.S.C. § 1442.

**IT IS FURTHER ORDERED** that plaintiff's Motion to Dismiss (Doc. 1823) is **MOOT**.

**IT IS FURTHER ORDERED** pursuant to 28 U.S.C. 1447(c), this case is **REMANDED** the 34th Judicial District Court for the Parish of St. Bernard, State of Louisiana.

New Orleans, Louisiana, this __15th__ day of May, 2007.

_____
**STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT COURT JUDGE**